**GARTEISER HONEA, PLLC**
RANDALL T. GARTEISER (SBN 231821)
rgarteiser@ghiplaw.com
CHRISTOPHER A. HONEA (SBN 232473)
chonea@ghiplaw.com
218 N. College Ave.
Tyler, Texas 75702
Telephone: (903) 705-0828
Facsimile: (903) 526-5477

*Attorneys for Plaintiff and Counter-Defendant,
Blue Spike, LLC*

[Additional counsel on next page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>          Plaintiff,<br>  vs.<br><br>3M COGENT, INC.,<br><br>          Defendants.<br>------------------------------------------------------<br>AND RELATED COUNTERCLAIMS | CASE NO. CV 14-06067 JVS (MRWx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable James V. Selna |

STIPULATION OF DISMISSAL WITH PREJUDICE

1  **GREENBERG TRAURIG, LLP**
   VALERIE W. HO (SBN 200505)
2  hov@gtlaw.com
   1840 Century Park East, Suite 1900
3  Los Angeles, CA 90067-2121
   Telephone:  310-586-7700
4  Facsimile:   310-586-7800

5

6  **GREENBERG TRAURIG, LLP**
   SCOTT J. BORNSTEIN (*pro hac vice*)
7  bornsteins@gtlaw.com
   JOSHUA L. RASKIN (*pro hac vice*)
8  raskinj@gtlaw.com
   JUSTIN A. MACLEAN (*pro hac vice*)
9  macleanj@gtlaw.com
   VIMAL M. KAPADIA (*pro hac vice*)
10 200 Park Avenue
   New York, New York 10166
11 Tel: (212) 801-9200
   Fax: (212) 801-6400
12

13
   *Attorneys for Defendant and Counterclaimant,*
14 *3M Cogent, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Counter-Defendant, Blue Spike, LLC ("Blue Spike"), and Defendant and Counterclaimant, 3M Cogent, Inc. ("3M Cogent"), through their respective attorneys, as follows:

1. On January 9, 2015, Blue Spike and 3M Cogent executed a Settlement Agreement settling this case;

2. Pursuant to the terms of the Settlement Agreement, Blue Spike and 3M Cogent, through their respective counsel, respectfully request that the Court order that all claims and counterclaims in this case are dismissed with prejudice, each side to bear its own costs, disbursements and attorney's fees; and

3. Pursuant to L.R. 52-4.1, a Proposed Order is concurrently submitted herewith.

Dated: January 15, 2015     GARTEISER HONEA PLLC

By: /s/ Randall T. Garteiser
Randall T. Garteiser
*Attorneys for Plaintiff and Counter-Defendant Blue Spike, LLC*

Dated: January 15, 2015     GREENBERG TRAURIG, LLP

By: /s/ Valerie W. Ho
Valerie W. Ho
*Attorneys for Defendant and Counterclaimant 3M Cogent, Inc.*

//
//

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Randall Garteiser, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.*

By: \_\_/s/  Valerie W. Ho_____